IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


CYNTHIA A. WIBER,                          :
                                           :
        Plaintiff,                         :
                                           :
vs.                                        :
                                           :   CIVIL ACTION 14-0106-M
CAROLYN W. COLVIN,                         :
Social Security Commissioner,              :
                                           :
        Defendant.                         :


JUDGMENT


        In accordance with the Order entered this date, it is

**ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor

of Defendant Carolyn W. Colvin and against Plaintiff Cynthia A.

Wiber.

        DONE this 25th day of September, 2014.



                        s/BERT W. MILLING, JR.
                        UNITED STATES MAGISTRATE JUDGE